No. 12–5025. COLE *v.* BOWERSOX, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 12–5026. MARTINEZ-MENDOZA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–5028. PICKETT *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12–5029. HOFFMAN *v.* STULGA ET AL. C. A. 5th Cir. Certiorari denied.

No. 12–5031. SODIPO *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–5034. SOLIS-DIAZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–5035. SULLIVAN *v.* DERAMCY ET AL. C. A. 5th Cir. Certiorari denied.

No. 12–5037. JACKSON *v.* KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 12–5038. MANGUM *v.* CLARKE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 12–5039. POSTELLE *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 12–5040. MORALES *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 12–5041. KITCHEN *v.* BALLARD, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 12–5042. LEROY *v.* HILL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–5043. LEE *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY. C. A. 3d Cir. Certiorari denied.

No. 12–5044. SWANEGAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.